AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00586 |
| Maryann Mooney-Rondon | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 9/1/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   __Maryann Mooney-Rondon__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 641- Theft of Government Property
18 U.S.C. §§ 1512(c)(2)- Obstruction of an Official Proceeding
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(B)- Entering and Remaining in the Gallery of Congress
40 U.S.C. § 5104(e)(2)(C)- Entering and Remaining in Certain Rooms in the Capitol Building
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

Date:   09/02/2021

2021.09.02 18:37:24 -04'00'
*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* __09/02/21__, and the person was arrested on *(date)* __10/01/21__
at *(city and state)* __Syracuse, NY__.

Date: __10/01/21__

MICHAEL RENN
*Arresting officer's signature*

MICHAEL RENN, SPECIAL AGENT FBI
*Printed name and title*