UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   -against-

RAFAEL RONDON and MARYANN MOONEY-RONDON

   Defendants.

USDC NO. 21-cr-722-TFH-2

NOTICE REGARDING POTENTIAL CONFLICT

The defendants through the undersigned counsel Karl J. Sleight, Esq. ("Counsel") respectfully files this Notice in this action.

On December 14, 2021, this Court presided over arraignment proceedings in connection with both Rafael Rondon and Maryann Mooney Rondon in case 21-cr-722 (TFH) in the District Court of the District of Columbia. Maryann Mooney Rondon is the mother of Rafael Rondon.

Rafael Rondon is represented in this action by N.I. Silver, Esq. who was appointed under the Criminal Justice Act. Maryann Rondon is represented in this action by Counsel.

Rafael Rondon is the subject of a separate action in the District Court of the Northern District of New York, where he is alleged to have committed the crime of Possession of an Unregistered Firearm (5:21-cr-329(FJS)), where he is represented by Counsel.

In this situation, Counsel represents Maryann Mooney Rondon is action 21-cr-722(TFH) and also represents her son Rafael Rondon in action 21-cr-329 (FJS). Counsel was retained in both cases.

Although the situation presents a potential conflict, at this juncture Counsel does not believe that an actual conflict exists. Moreover, at this point in time given my understanding of the facts and circumstances of the two cases and the family relationship between the defendants, I

HARRIS BEACH
ATTORNEYS AT LAW

do not believe that there are divergent interests either between the two defendants and/or based on the two actions that would form the basis for an actual conflict. Counsel has discussed the potential conflict of interest issue with each defendant/client in the context of their respective cases and is satisfied each defendant/client understands the issues. In the event that future events result in revisiting this potential conflict issue and/or transform this situation from a potential conflict to an actual conflict of interest, Counsel will bring the issue to the attention of the Court and the parties for appropriate action.

Dated: December 23rd, 2021
Albany, New York

Respectfully submitted

HARRIS BEACH PLLC

/s/ *Karl J. Sleight*
Karl J. Sleight
Bar Roll No. (601976)
677 Broadway, Suite 1101
Albany, New York 12207
Tele: (518) 427-9700
Fax: (518) 427-0235
E-mail: ksleight@harrisbeach.com
*Attorneys for Defendant,*
*Mary Ann Rondon*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served via ECF upon Christopher B. Brown, Esq., assistant U.S. Attorney for the District of and attorney of record for the government in the instant case, and upon N.I. Silver, Esq., this 23rd day of December, 2021.

I have been provided and read this Notice and I assent to the representations made by my counsel herein.

Maryann Mooney Rondon
Defendant Case No: 21-cr-722 (TFH)
District Court, District of Columbia

Rafael Rondon
Defendant Case No. 5:21-cr-329 (FJS)
District Court, Northern District of NY