**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:21-cr-722-2 (TFH) |
| | ) | |
| MARYANN MOONEY-RONDON | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE**

Please note the appearance of undersigned counsel for the defendant, Maryann Rooney-Rondon pursuant to the Court's appointment under the Criminal Justice Act (CJA.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Maryann Rooney-Rondon

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 29th day of July, 2022.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper