# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 21-cr-722 (TFH)** |
| : | |
| **RAFAEL RONDON, and** : | |
| : | |
| **MARYANN MOONEY-RONDON,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF WITHDRAWAL OF COUNSEL

The United States of America, by and through the United States Attorney for the District of Columbia, informs the Court that filed herewith is Notice to withdraw and terminate Assistant United States Attorney Christopher B. Brown's name from the above case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Christopher B. Brown
Christopher B. Brown
Assistant United States Attorney
D.C. Bar No. 1008763
601 D Street, N.W.
Washington, DC 20530
Christopher.Brown6@usdoj.gov
(202) 252-7153