UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARYANN MOONEY-RONDON,<br><br>Defendant. | Criminal Action No. 21-722-02 (TFH) |

## ORDER

Having considered Defendant Maryann Mooney-Rondon's Motion to Dismiss Count One [ECF No. 45] and the Government's Response [ECF No. 48], and for the reasons stated in the bench opinion on the public record during the January 3, 2023 ZOOM hearing in this matter, it is hereby:

**ORDERED** that Defendant Maryann Mooney-Rondon's Motion to Dismiss Count One [ECF No. 45] is **DENIED**.

**SO ORDERED**.

January 3, 2023

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE