IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 1:21-cr-00722-JMC |
| v. | : | |
| MARYANN MOONEY-RONDON, | : | |
| Defendant. | : | |

**NOTICE OF FILING OF VIDEO AND IMAGE EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video and image exhibits in support of the Statement of Facts for Stipulated Trial in the above-captioned matter. Video clips are not in a format that readily permits electronic filing on CM/ECF. Video and image exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below.

- Exhibit 1: Surveillance video showing Mooney-Rondon entering the Capitol building.

- Exhibit 2: Rioter video showing Mooney-Rondon encouraging an unknown male to steal a laptop computer.

- Exhibit 3: Rioter video showing Mooney-Rondon providing gloves to an unknown male to assist in the theft of a laptop computer.

- Exhibit 4: Open-source image showing Mooney-Rondon located in the Senate Gallery.

- Exhibit 5: Open-source image showing Mooney-Rondon wearing a stolen emergency escape hood satchel on the East Steps of the Capitol.

If the Court accepts these proposed video and image exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:  s/ *Will N. Widman*
WILL N. WIDMAN
Trial Attorney, Detailee