IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 1:21-cr-00722-JMC |
| v. | : | |
| MARYANN MOONEY-RONDON, | : | |
| Defendant. | : | |

## MOTION FOR RELEASE OF STIPULATED TRIAL EXHIBITS

The United States of America hereby respectfully moves the Court to order the public release of exhibits to the Statement of Facts for Stipulated Trial. On March 27, 2023, the Court found the Defendant guilty of Counts 1 and 3 of the Indictment. The Court accepted into evidence all exhibits presented in the Stipulated Facts for Stipulated Trial. The United States requests that the entered exhibits be released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: March 30, 2023         By:   /s/ Will N. Widman
                                   WILL N. WIDMAN
                                   Trial Attorney, Detailee
                                   NC Bar No. 48158
                                   1301 New York Avenue, NW, 8th Floor
                                   Washington, D.C. 20530
                                   (202) 353-8611
                                   Will.Widman@usdoj.gov