UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 1:21-cr-00722-2 (TFH) |
| | : | |
| MARYANN MOONEY-RONDON | : | |
| _____ | : | |

## SUPPLEMENT

Defence submits the attached letters of Support for Maryann Mooney-Rondon for consideration at sentencing.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Maryann Mooney-Rondon

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Continue Status Hearing and to Exclude Time Under the Speedy Time Act is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 9th day of August, 2022.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper