Date:    July 28, 2023

Re:      Maryann Mooney Rondon

Dear Honorable Gia Cobb,

In 1989, just out of college, I opened an office in Watertown, New York working for a telecommunications company called Flex Communications. The office was in the historic Woolworth Building and Maryann's office was right down the hall working for the Prenatal Perinatal as the Fiscal Coordinator. As soon as I saw her, I quickly made an introduction and asked her out for a date. We had many interests in common such as family, hardworking, lake life, the tropics and Venezuela. Since my father was from Venezuela, me being first generation, the attraction was immediate.

In 1994, I married the women of my dreams and now I have new family and set of friends. Maryann quickly introduced renovating old historic homes before it was even popular. I was blown away by how she could take a home in foreclosure and turn it into a home of beauty. I worked full time, bartended on the weekends and she worked full time and renovated our first home. She could sheet rock, plaster, remove wallpaper, prime, paint, use power tools, stain, caulk, hammer nails, refinish wood floors and design this old home into a beautiful historic home. While working on this project, we purchased a rental house. In tandem, Maryann took on two projects and completed both and now she has created an additional asset for us.

Around 1998, our first child started going to New Day Childrens Center. Maryann took a high interest in the center and became a board member. Due to Maryann's finance and renovation experience, she spearheaded the construction of a new playground by organizing several fund-raising events, engaging sponsorships to obtain all required materials, working with a design team who specialize in playground for children. Once the design was approved, all monies secured and materials purchased, Maryann then organized volunteers to construct the playground. Many members of the community came to the call and Maryann physically worked side by side until completed. Maryann stayed on as a board member for several years ensuring the children received exceptional care, continued fund raising, and engaged in security measures for the safety of the children.

Years following New Day Children's Center, Maryann was a member of the Hospital's Auxiliary at Samaritan Medical Center. Maryann provided accounting for the auxiliary and worked with the Officers and Directors to generate funding to purchase critical medical equipment for different departments within the hospital. In order to create funding, Maryann was on the committee of "One Night One Diamond" which was an annual event bringing the civilian, hospital and military communities together for a formal night of celebration. Maryann voluntarily dedicated herself for several years, with no compensation, served as the accountant and orchestrated the annual fund-raising event to serve her community.

In 2002, we started our own business and Maryann became the Director of Finance. She has held the position for the past 21 years and provides direction and guidance daily. She is loved by the entire staff and our clients. Her position plays an integral part of our business with dedication to fiscal responsibility and accountability.

In 2016, our son fell 6 ½ stories while visiting a friend in New York City. He died twice before being stabilize in the ER. He became an ICUS inpatient at Bellevue Hospital in New York City which is a six-hour drive from our house. He went through over 27 surgeries within a 2-month period including reconstruction of his jaw which was shattered and lost all his teeth. Maryann dedicated herself and

basically moved to NYC and never left his side by spending every night in the hospital.  Following his release from Bellevue Hospital, Maryann spent over two years driving back and forth to Rochester New York for the replacement of all his teeth which was a painful experience.  She endlessly provided mental support and love to ensure he recovered both mentally and physically.

Within the last year, Maryann lost her mother, my father and mother.  Since her mother passed, Maryann has been taking care of her brother who is partially blind.  She takes him to his doctor appointments, grocery shopping, medications, manages his finances and pays all his bills.  It has been very difficult for Maryann, but she still moves forward everyday working and being a pillar of support.

There are other numerous acts of kindness and community support that Maryann has spent her time dedicated to family, friends, and the church.  Maryann is simply a beautiful person inside and out through her on-going actions of generosity.  She is our beacon of light, which holds our business and family together with the commitment and love she shows every day.

In closing, I am asking you to consider Maryann's commitment to her community, family, and hard work.  She is truly needed in all our lives, especially mine.


Respectfully,

Chris Rondon

Isabella Rondon

The honorable Jia Cobb,

My Mom, Maryann Mooney Rondon and I met on April 5th 2001 in a small hospital room in Watertown New York but we belonged to each other far before that. Now I clearly don't remember much from the day, probably because I was one day old, and had a very tiny new brain but I know my mom remembers it as if it was yesterday (hopefully). Besides the point, my mom always tells me how excited she was that she was having a girl, thankfully it turned out to be that I was her little girl but nonetheless she had a little girl. Having girls is not extremely common in our family and to most women I can imagine it's their dream to have a girl so this was a very lucky day for both of us. My mom grew up in a loving and strong family and she wanted the same for us. As far back as I remember my parents have been super awesome in my opinion, they would take us on weekend trips, play with us outside, go on walks, and show me new things i've never seen before. Like most parents they loved me very much and I was a very happy little girl and my mom was very happy I was her little girl.

Now more around the time I can remember my mother made the choice to send me to catholic school and while I didn't always love the choice I understand she wanted what was best for me to grow up in a safe and strong environment with a good education. I'm also glad because I met my lifelong best friend there shortly after starting kindergarten, who is also close to my mom and considers her to be her second mom. I still remember the day Theresa and I started to torture my poor mother. We ran across the street after school and ran up to my moms car and asked if we could have a  playdate which of course my mom said yes to. She took us home in the back seat of her car and from that point on Theresa, my mom, and I made a lot of memories while my mom drove us around. Those are some of my favorite memories from being in school. My mom would listen to my music, boy problems and all of the above and she would give me advice and make me laugh. If I ever had a bad day at school I always knew I could come home to my mom and things just wouldn't be so bad anymore. I have so many wonderful memories of growing up with my mom. She would teach me how to put on lipstick ( from the middle of the lips), let me "borrow" her very nice jewelry which I probably own most of now, and show me all sorts of cool new things I had never seen before.

When I was about eight we moved houses and getting to see the way my parents worked so hard to build their dream house for our family together was always the best experience and it gave me a love for old houses, the north country, and hard work. My mom had to let me redo my room one hundred times since we moved there and everytime she always has the best taste and the best idea. Even when I thought she was wrong she was always right about everything. As I was growing up I saw my mom being this extremely powerful, captivating woman who was never scared of anything, I wanted to be just like her! Who can blame me, from the books she read, to the way she loved her mother, and even her love for the outdoors inspired me to be the woman I am today. As I sit here typing this I slowly realize how much I truly like her. My favorite color is blue. I'm listening to a Stephen King audiobook, while sipping

red wine in front of a bouquet of stargazing lilies. Let's just say none of those were originally my favorites at all so you can tell where I got it from. We've always been one in the same, From our look, to our laughs. We were always meant to be mother and daughter no matter what universe it was. We were just too alike and loved each other in a way that cannot be explained unless you love your mom the way I do.

Okay so now i'm hitting puberty and this is crazy because i'm a teenage girl (very hard job), I don't believe anything my parents say, and I want to do everything my way. I was never the worst but I was not an easy sixteen year old to appease even though my lovely mother would now say I wasnt ever that bad. She might be lying just a little bit on my behalf. I always loved my parents but there's something that courses through you as a teenager where you just don't want to listen to anything your parents say no matter how insane you might sound. I'll ruin the ending for you, (they're always right, and when I say always I mean always.) No matter how much I didnt want it to be true, I grew up and realized that they were right about basically everything but they never judged me. We would look back and laugh about the little fights or disagreements with each other and just laugh and my mom would say I told you so and I would tell her I know and that's okay now. She always had my best interest in mind, she always forgave me when I messed up, she always loved me a little bit more than the day before even when I was wrong. I could come to her about anything time and time again and there would always be a way we could figure everything out. I think one thing I didn't understand then that I do now is I don't feel any older than sixteen and I am a twenty two year old woman. I don't feel very different than I did back then and I do at the same time. But what I understand about people now is no one tells you how to do life or have kids, or be a friend, or always be right. There's no perfect way to do anything. I'm sure if I don't feel any different than I can now understand my parents still probably feel thirty in their head but they have all the responsibilities of a couple with grown kids, and a business. Once I realized this I understood that I understood my parents more as people and not as just my parents. There was a part of my mom that was still a twenty two year old girl in there too and if I wasn't  always going to be perfect she could not either. If I was allowed back in with open arms everytime I messed up then no matter what we fought about I could always understand my mom as well.

My mother is also a business woman, a volunteer, a mother to my brother, a fantastic sister and daughter, a great friend, a loving wife, and an upstanding person. I could talk about those aspects and let you see that side of her but to me she is my mom. She could be nothing else but just my mom and that would be perfectly fine with me, The life she has given my family and I is just the cherry on top of the cake but what I really want to get across and that I would not be able to love my mother this much if she had not loved me the same way. I moved out about three years ago to attend culinary school and sometimes when I wake up I wish I could still hear her footsteps down the hall coming to drop one of cats on my bed, rub my back in the morning, hold my hand in the grocery store, cry with me, be a role model to my friends and I, and just be us together. My mom is simply the most important person in life. I am truly my mothers daughter through and through, her kindness and love for the world and others is engraved into who I am as a person because she is so truly herself in everyways. She is strong about her values and her heart and it is truly wonderful to be raised by such a woman.

Our relationship hasn't changed much as I've grown up now either, she is still my best friend, the sweetest woman I know, and a glimpse into who I will be in the future. My mom is the best mom for me and she has shown me a great amount of friendship, fun, love, and compassion. I am my best self because of her, I love  and live because of the wonderful mother she is because she loved these traits in me. I am honored to be her best friend, mini her, twin, but most importantly her daughter. I would never wish to be connected to anyone else like this than with her. She has given her whole life to me and as her life goes on I will give mine to her. My mother, where she is, I am with her, whatever she is I am too, I will always be with her, support her and love her and it will have no end. You don't just happen to love someone like that. She has given me every reason to be this intensely proud and grateful to be her daughter.

With gratitude, respect, understanding, and love,

Isabella Rondon.

Dear Honorable Jia M. Cobb,

My name is Anthony Rondon and I am proud to say that I am Marryann's brother in law. I have known her for over twenty five plus years in which time she has been a consistent positive family member and staunch supporter, a strong and courageous partner, wife and mother, as well as a productive and forward thinking member of her community often serving in many different roles, helping guide business development as well as many humanitarian out reaches .

Maryann has been a great sister and daughter in law and has always made time to visit and share her life with our family often enhancing my parents life as well as mine and my siblings by offering advice and help as well as friendship . She has served as an exemplary example of how things should work on a family level, always supporting her children and family needs , desires and goals, by creatively and proactively approaching each individual with wisdom, kindness and encouragement quite often dedicating her time and resources freely.

She has been instrumental in my life helping me through difficult times in my life , by breaking things down to a level that could be easily digested and processed , always coming up with comforting words, intelligent solutions and proactive guidance all in a consistent loving manner.

I have had the pleasure of watching her work with my brother and help shape his life and business to become successful in business and his personal life, providing him with a great life partner, spiritual guide, mother to their children and helpmate , always willing to pitch in and help no matter the task .

Maryann has faced multiple challenges in life such as being her family's Estate Executor and even though there were many issues, she was sure to execute her mothers wishes as she had wanted them to be , with grace , kindness and wisdom resulting in a more unified and loving family.

One of her biggest challenges came just seven years ago when her son fell over six stories from a building fire escape, almost dying as he flatlined twice and was brought back . This incident occurred in the Queens and was over six hours away from her homeland required her to find lodging and transportation every day for many month wich she navigated without complaint or negativity always offering a warm smile and kind words as well as tending to his many needs.

Her son had many broken and shattered bones and damaged organs. She devoted her time and resources over many months to be at his side and help her son heal both mentally and physically as well as being instrumental in keeping their business and home at a highly functioning level. Throughout this experience she remained positive, loving, creative and lovingly devoted to see her son through this terrible event, ultimately helping to create a creative, forward thinking, loving, and devoted child that has come out of this situation to achieve a degree in welding and become a productive member of society and staunch member of the family and his community,

Maryanne was a wonderful daughter and sister as well . She and her mother often took trips to different religious places in the world to seek knowledge of God and religion to bring back understanding and God to all around her.

In conclusion Maryann has been an outstanding family member, a guidlight to her community , a loving and hard working wife to my brother, a source of knowledge and love not only for her children but all children and adults in her family. She is an exemplary example of what we could all hope for in a family member . I have been and always will be proud to be part of her life.

It is my hope that you hear my words and that they resonate with you.

Respectfully,
Anthony M. Rondon

Mrs. Cynthia Buell
7519 Snell Road
Lowville, NY 13367

July 22, 2023

Re: Maryann Mooney-Rondon

To The Honorable Judge Jia M. Cobb,

I am writing to you about my cousin, Maryann Mooney-Rondon. I am a few years older than Maryann and have known her from the time she was an infant.

Maryann and her 2 brothers grew up in a rural community in a loving family. She worked hard helping care for the animals they raised, helping in the garden, canning with her mom and various other chores.

She and her family lovingly cared for our grandmother, Flora Kampnich, who in her later years lived with Maryann's family until her passing, the last 2 years being very challenging to Maryann and her family because grandma had become bed ridden and was not always aware of her surroundings.

Maryann did well in school and attended college.

Maryann married and she and her husband Chris raised 2 respectable and courteous children who graduated from local Christian schools.

She worked for 17 years for a non profit organization, the North Country Prenatal/Perinatal Council Inc. in Watertown, NY. This organization addressed infant mortality and teen pregnancy.

Maryann was also treasurer for 9 years of The Samaritan Auxiliary, a local organization dedicated to supporting the needs of the Samaritan Medical Center, Samaritan Keep Home and the Samaritan Summit Village (the latter 2 being nursing homes).

She also served on the board of New Day child care center in Watertown for 9 years.

In 2001, she and her husband started a business, Regional Medical Management.

Maryann has wholeheartedly applied herself to the enrichment of local organizations and is a productive member of our community.

Throughout her life, she has displayed impeccable character and integrity.

Thank you for your time and consideration,

Mrs. Cynthia Buell

Mrs. Cynthia Buell

7.23.2023

Honorable Jia M. Cobb,

I have known Maryann for about 27 years. I met her shortly after my wife and I moved to Watertown. We were renting an apartment located in a subdivided big old house on Ten Eyck Street. One day, I saw a woman sitting on the porch of the large, slightly rundown house across the street. It was Maryann. I ventured over and introduced myself. She and her husband had purchased the "fixer upper". That conversation was the start of a friendship that continues to this day.

My wife and I had two children in and around the same time Maryann and her husband had their kids. It just so happened our children attended the same childcare center, New Day. Maryann and I served on the New Day Board for several years. During that time, we worked together on several projects, two of which stand out as great accomplishments. The first was a playground rebuild project that took considerable time to implement as it was a replacement of the old playground. The time and effort required for design development, fundraising, and building of the new playground was extensive.  The playground committee was volunteer driven as well as the new playground build. It was installed by volunteers from around the City of Watertown. Maryann contributed mightily to the project.

We also worked with the rest of the Board to organize an annual auction fundraiser for New Day. The goal of the auction was to provide supplemental income that supported the activities and material needs of its staff in educating and caring for the children in attendance. Organizing the auction, collecting auction items, planning the night took considerable time and energy. Maryann was a committed member of that effort and gave significant time in making the annual event such a success.

Maryann and I spent many years on the New Day Board. We both cared deeply for New Day, because of the excellent care it provided our children as well as all the other children enrolled in its program. We also felt it was incredibly important to support the Director and all the staff who were extremely dedicated and caring for the children attending New Day. The staff deserved support as they put their heart and soul into a very challenging job, caring for children, while preparing them to be successful as they moved into kindergarten and beyond. We were a member of the New Day family, and we wanted to support this family and see it flourish and succeed.

Just as Maryann was committed to the New Day family, she has been equally committed to her own family. I have always admired their closeness and their caring for and supporting each other.

Maryann is a kind, caring person who has given her time, energy, and love to help others. It is something I have seen multiple times over the course of the 27 years I have known her. I am proud to have had the opportunity to work with her and see what a difference her desire to help can make in other people's lives. I am proud to know and support her.

Sincerely,

Peter B. Gibbs

Dianne M. Lyndaker
10207 Genie's Way
Croghan, NY 13327
(315)323.9121
delynd@frontiernet.net

July, 21, 2023

RE:  Maryann C. Mooney-Rondon

Honorable Jia M. Cobb,

I am writing this letter in support of my longtime friend.   Maryann Mooney-Rondon and I have been friends for approximately 44 years.  Statistics state that your childhood years and relationships have a strong impact on your adult life.  I can without a doubt state that her foundation and morals are strong. Maryann was my closest friend all through junior high to college.   These are the years where you show your true colors.  The years that you learn by making mistakes and having the backing of your family to guide you through any challenges that life throws at you.  To say we were as close as sisters is an accurate comparison.   Her family home was a few miles from mine in rural Lewis County, NY.   We met when I moved from the Catholic school to the public school in 7th grade.  I don't remember how exactly but we became best friends.   A time when you didn't question your parents, you respected others, and you were expected to help around the home.  Everyone contributed, and life was simple.  Maryann is the youngest of 3 and the only daughter.   She was never a follower, always a leader.  Always independent, confident, respectful.  We were in the same class and attended a small rural high school graduating in a class of 84 students.  Everyone knew everyone in the school.  We were a close group.  Bonfires, sleepovers, sports etc. We were lucky and enjoyed growing up in Lewis County but knew we wanted to experience life beyond the protection of our families.  Typical teens, we were always on the go and enjoyed the freedom of a small town.  She had a carefree childhood.  Drinking water out of a hose, running around barefoot all day, playing in the creek, fishing, swimming in the lake etc. I spent more time at her house than my own most summers.  We didn't have a care in the world.  We were allowed to be children, yet taught that hard work is necessary, respect your elders, and always tell the truth.  We may have snuck out a few times under the watchful eye of her mother.  She always seemed to know what we were doing and just kept watch at a distance to make sure we were safe and made good choices.  We never strayed too far from the path that was expected.  Maryann's parents were wonderful people and were always encouraging and so proud of their family.

Growing up during the 1980's many girls still got married directly out of high school and had no desire to further their education. Maryann's mother was always a strong supporter of higher education.  She wanted Maryann to be a success in her own right.  She gave her the confidence and tools she needed to spread her wings after graduation and leave the protection of her parents loving home.  Be independent first then build a family.  She was strong-willed, independent, and determined to have it all.   We were fortunate because even though we both went in different directions with our college majors we still attended the same school and were even roommates the second year. With our A.A.S degrees in hand, two years later we set out into the world of adulthood eager to make our mark.  Maryann went into real estate and I

business.  She moved from our small town and became a successful real estate agent in Watertown.   As the years passed and life got busier, we didn't see each other nearly as often.  An occasional lunch or phone call.   We lost touch for a long period of time.   Marriage, children, buying/selling/building homes, starting businesses, etc.  Time just seems to fly past and before you know it, your children are leaving and making their own way.

Roots. Family.  It's instilled deep to the core.   She did not have a traumatic childhood.  She had a strong foundation that has helped her overcome many losses and face many challenges throughout the years. Maryann and her husband are hardworking contributing members of the community. They've built a business, employ local people, contribute to charities, and community functions.  This letter of support seems so inadequate considering the person that Maryann really is.  She's deeply loyal to those that are lucky enough to call her a friend.  I know she would do anything within her power to help in a time of need.  In a world where morals and old school values seem a thing of the past, I believe we need to keep functioning members of our community intact.

I am available for any questions regarding Maryann's character or values.  Please do not hesitate to contact me for further clarification.

Regards,

Dianne M. Lyndaker

Barbara Eddy
30783 County Route 179
Chaumont, NY 13622
barbaraeddy877@gmail.com
315-771-1551

Honorable Jia M. Cobb                                                    24 July 2023

Your Honor,

RE:  Character Reference for Maryann Rondon

My name is Barbara Eddy.  I am a legal immigrant, retired US Army officer, and the president of
the Watertown German-American Club.  I served as the Credo Community Center's Outpatient
Services Director post military career before embarking on running my small family business.

I understand that Maryann is scheduled to appear before you in the near future and would like
to enter this character reference letter to the court.  I have known Maryann for nearly two
decades, first on a personal and later also on a professional level.  At home she is known to be a
Christian woman with a compassionate heart and steadfast resolve to serve her God, family,
and her country.  On the job, I have known Maryann as an accomplished professional who
performs her duties with diligence, poised competence, and passion.  Maryann serves as an
example for the American spirit to those of us who have immigrated to this wonderful country.

Maryann is currently operating as the Director of Finance and Human Resources at the Regional
Medical Management Office, Watertown, NY, in partnership with her husband.  In that capacity
I have had the distinct pleasure to work with her as we finalized a contract relationship
between two agencies.  Maryann was instrumental in establishing and maintaining this
collaborative affiliation.

Over the years I have witnessed Maryann to be an affectionate mother to her two children and
a loving wife to her husband Chris.  Maryann successfully balanced family life with her
professional responsibilities throughout the years.  Although struck by a significant family
tragedy, when she almost lost her son due to an accident, Maryann persevered, ensuring
responsibilities were met, both professionally and personally, and healing modalities were
explored, pursued, and applied.  Ultimately, her effective guidance led to the family weathering
this storm with grace and bravura.  In view of her track record, it is safe to say that Maryann is
an upstanding citizen without criminal record.  Misconduct on her part would be completely
out of character.

I am confident, Your Honor, that in the adjudication of this case, you will find it in your
conscience to use prudence and compassion while applying the law.  As a naturalized citizen, I

believe in the good nature, expertise, and impartiality of those who are entrusted by the American people to serve in their judicial system.  I hope you to uphold that standard.

In closing, I leave you with the short version of Maryann's character description:  loving mother and wife, trustworthy friend, levelheaded mentor, contributing member of society, tax payer, hard worker, accomplished professional, and God fearing!   Please feel free to contact me at 315-771-1551 or email:  barbaraeddy877@gmail.com should you have any questions regarding this letter.


Sincerely,
//s//
Barbara Eddy
Lieutenant Colonel (ret.), Army

July, 2023

Hello:

I've known Maryanne (Mooney) Rondon for over 30 years. I was introduced to Maryanne by my friend and her future husband, Chris Rondon in 1990.

I watched Maryanne grow into a successful businesswoman and mother of two bright kids, now adults.  I was always amazed how she worked hard flipping neglected properties into their own homes early on. Her love for old historic homes motivated her to preserve their original beauty in a modern world.  They currently reside in a stone-brick home that would not be standing, if it wasn't for the time and monet spent preserving it. They've lived in the same home now for nearly 20 years.

This entrepreneurial spirit carried over into their medical billing business, Maryanne and Chris took a few local medical clients and quickly created a viable business that has employed dozens of people since it started in Watertown's downtown.

Maryanne's involvement in our local parks and community events, including the beautification of our local park and landmarks is just one of many endearing qualities Maryanne possesses.  Maryanne was also a great contributor to a yearly charity event dubbed, 'One Night, One Diamond'.  She worked on this multiple years and proceeds went directly to our Samaritan Hospital in Watertown.

When her son Raphael fell seven stories from a New York City fire escape, Maryanne and her husband Chris immediately stepped into action. For months they stood by their son's side while he went through countless reconstructive operations.  She did all of this while maintaining their Watertown business 360 miles away.

Maryanne Rondon was a rock throughout the whole ordeal, but was at times, visibly shaken from her son's near-death experience. Maryanne showed the same resilience and demeanor when her father suddenly died of a heart attack 13 years ago. Although it was a terrible shock, Maryanne always kept her spirits up.

This is a quality of a person who faces adversity very well, and someone who truly demonstrated herself as a wonderful mother and committed businesswoman who managed a team of six employees during all of her ups and downs.

As for myself, I've been a part of the same community Maryanne and Chris Rondon have been living in since 1989, in Watertown, New York.  Watertown is a humble conservative town as well as a military community where Fort Drum is located.  I'm a sales executive for Community Broadcasters where I also have a daily talk show on AM1240.  This is my daily opportunity to speak with local residents about local, regional and national issues affecting all of us.

Although I have many acquaintances, my wife and I only have a few close friends, and Maryanne and Chris are two friends we absolutely respect and love.

I consider it an honor to have been Maryanne's friend, my wife agrees, they're the best friends anyone can have.

Thank you for your consideration.

Respectfully,

Glenn Curry
Community Broadcasters
Watertown, NY.

Nancy McCabe                                                  July 21,2023
16929 NYS Rte 12E
Dexter  NY  13634

Re:  Maryann Mooney-Rondon
      27657 Cty Rd 49
      Watertown  NY  13601

To the Honorable Judge Cobb,

I am writing this letter as a character reference for Maryann Mooney-Rondon.  My name is
Nancy McCabe and I have lived in Watertown  NY  for most of my life.  I was the
Agent/Owner of an Allstate Insurance agency for 32 years with over 2,500 accounts.  I
originally met Maryann through the insurance agency 30 years ago and have maintained a
professional and personal relationship with her every since.

When I first met Maryann, she and her mother shared a love for history and restoring old
homes in Watertown to all of their original glory. Their hard work greatly improved the
neighborhoods where these homes were restored.  New families were able to live and thrive in
the beautiful restored homes that otherwise may have been condemned.

Later on, she met her husband Chris and they raised 2 wonderful children, and together they
restored an old farmhouse into their now beautiful homestead.   But all was not bright and rosy.
Adversity struck in 2017 when their son had a tragic accident and almost died.  Maryann spent
years as a loving mother assisting him with rehab and recovery.  She was also assisting her
mother who became less mobile with age, and was always there to provide comfort and support
with whatever she needed.  Throughout these hard times she was also able to help her husband
with his growing business.

Being the hardworking person that she is, she also found time to volunteer her services for the
Samaritan Auxiliary Foundation as treasurer and event coordinator for their annual "One Night
One Diamond " fundraiser.  Money raised would go toward purchasing sophisticated diagnostic
equipment for the hospital thereby providing better health care for the community.

Through all of the years that I have known Maryann, and all of the people I have met
professional and personal,  she is one of the most kind, honest,  compassionate, and
hardworking people I know.

I am happy to call her my friend and hope she is able to continue to provide help and support to
her family and community.  Thank you your Honor for taking the time to read this letter.

Yours Truly,

Nancy McCabe

Julie Hirschey
307 South Compass Drive
Fort Pierce, FL 34949

July 22, 2023

Dear Honorable Jia M. Cobb,

Thank you for the opportunity to share my relationship with Maryann with you. I have known Maryann for over 30 years. We have raised our children together, been at each others weddings,  and shared celebrations and family vacations on several occasions through the years.

I have witnessed Maryann overcome many adversities during this time. She stood by the side of her son after a tragic accident broke most of the bones in his body, which required years of operations, physical therapy and mental recovery challenges. More recently she suffered the loss of all the parents from both sides of her marriage within a year, yet she remained strong for her family.

Maryann is the most dedicated mother, wife and best friend I have ever known. She has helped me through a difficult miscarriage, marital and parental hardships and an incredibly difficult divorce that shattered my life. She is very involved in our community and many charities, always thinking of others.

I have rarely witnessed a family with a closer bond as Maryann and her family, demonstrated through solidarity and consistent unity in supporting one another. She is a inspiration and driving influence to all she holds dear. I am proud to call her my friend, knowing at a moments notice, no matter the time of day, she will always have my back.

Sincerely,

Julie Hirschey

July 25, 2023


TO:  Honorable Jia M. Coob

RE:  Maryann Mooney-Rondon


I would like to take this opportunity to express my support for Maryann.

I have known Maryann since roughly 1994.  At this time, Mr. Rondon and I worked for the same employer.  In 2002, I began working for Mr. and Mrs. Rondon, after they formed their own company.

Maryann is a previous member of the Samaritan Foundation Board and very involved in the various fund raising functions.

Maryann currently is the Finance Officer for Regional Medical Management, for which I am employed. She is also the Financial Officer for Health Profit Solutions.

Maryann has had several difficult family issues to deal with – one of which was the very serious accident that her son Raphael was involved in.  There were many trips outside of the area for medical treatment.

In the past couple of years, she has lost her mother, father-in-law and mother-in law.  She is also part-time caretaker for her brother, who is losing his sight.

Maryann is a very kind and caring person.  She is always there if you need someone for support.



Debbie McKenzie

8 ½ Clark Street, Philadelphia, NY  13673

Shannon Flowers
709 Greensview Dr
Watertown, NY 13601
315-816-6475

July 27, 2023

Re:  Maryann Mooney Rondon

Dear Honorable Jia M Coob,

I have known Maryann for 10 years; I work for her and her husband as a CPC, Certified Professional Coder.  I have been in the healthcare field for 27 years and really enjoy my job.  Maryann has supported me in every way, she is always available for me whenever I might need guidance or advice.

Maryann is always helpful to us in the office.  She is highly involved with her family, family first.

She is a very caring and giving person.  She was always close to and helped her mother before and during her illness.  Maryann has always assisted me in not only my professional life but my personal issues too.

Within a year's time Maryann lost her father in law, her mother and her mother in law.  She continued to thrive and handle her work schedule even with the sadness of her family's loss.  While her son was in NY City he had a terrible accident and suffered severe injuries several years back, he is still recovering physically and mentally today.  Maryann again puts family first and has dealt with her personal issues without letting them interfere with her every day life activities.

Maryann has a history of being involved in her community, she was Treasurer of the hospital's auxiliary and supports local charities.

Maryann has continued to be a very caring and positive person even with the challenges she faced last year with the deaths in her family.

Sincerely,

Shannon Flowers

Julie Lyndaker Robinson
Broker Crown Jules Realty
Mayor, Village of Croghan
9649 Pearl St
Croghan, NY 13327
July 21, 2023

Dear Honorable Jia M. Cobb:

As I sit and recollect, and gather my thoughts about Maryann, I feel a sense of calm, and it brings a smile.

Maryann and I went through K-12 school together, her being 1 year my senior.  As a child, I remember looking up to her for her beautiful hair as well as her constant smile, and the fact that she was just a nice girl. She was quiet and somewhat shy, yet always friendly to everyone. There was also a certain air to her that I was never able to understand. Almost like she was better than the rest of us, yet never exuberated any arrogance or egotistical demeanor. Never looked down on anyone. It was rather confusing. Then, just a few years ago, I met her mother. Now it all made sense. She is the epitome of her mom. Beauty, grace, poise, and sophistication were a family trait as well as an expectation! That's when I realized, Maryann's beauty was more than just "skin deep".

When in the presence of Maryann and her family, I'm honestly envious. The love and respect they all have for each other is amazing, and no one hesitates to show it.  Maryann is very proud of her family, their history, their heritage, and their very strong genetic ties and good DNA.

Most recently, I worked with Maryann on the sale of her late mother's home. Maryann's forever home as a child. It was an exceptionally emotional rollercoaster ride for her, and not once was she self serving. She was fair, and compassionate, and always had her family's best interests at heart.

Quiet. Kind. Poised. Respectful. Loves her family. That is who and what Maryann is to me.

Sincerely

Julie Lyndaker Robinson
Broker Crown Jules Realty
Mayor, Village of Croghan