**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARYANN MOONEY-RONDON,<br><br>Defendant. | Case No. 21-cr-722-(2) (JMC) |

## ORDER AMENDING JUDGMENT AND COMMITMENT RESTITUTION

It is hereby **ORDERED** that the Judgment and Commitment issued on November 29, 2023, and filed on December 18, 2023, be and hereby is amended as follows:

The restitution in the amount of $3,657.51 is payable to the Architect of the Capitol

All other terms and conditions of the Judgment and Commitment shall remain in effect.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: February 7, 2024

1