# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARYANN MOONEY-RONDON, | CASE NO. 21-cr-00722-JMC-2 |

## NOTICE OF APPEARANCE

Pursuant to implementation of the CM/EMF procedures in the United States District Court for the District of Columbia, Jessica Agatstein, Federal Defenders of San Diego, Inc., hereby files this Notice of Appearance as co-counsel in the above-captioned case.

Respectfully submitted,

DATED:  March 5, 2024

/s/ *Jessica Agatstein*
JESSICA AGATSTEIN
California State Bar No. 319817
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
(619) 544-2726/Fax: (619) 687-2666
Attorneys for Ms. Mooney-Rondon