## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARYANN MOONEY-RONDON, | CRIMINAL NO. 1:21-cr-00722-JMC-2 |

### ORDER

Upon Ms. Mooney-Rondon's Unopposed Motion to Garden, it is hereby **ORDERED** that the Motion is granted. Ms. Mooney-Rondon is permitted to go outside and garden within the boundaries of her property for one hour per day for the remaining term of her home incarceration.

**SO ORDERED.**

The Honorable Jia M. Cobb
U.S. District Court Judge

May 17, 2024
Date