UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Maryann Mooney-Rondon,**<br><br>   Defendant. | Crim. Action No. 1:21CR722JMC-2 |

### ORDER

Upon Ms. Mooney-Rondon's Unopposed Motion for Bail Pending Appeal, it is hereby **ORDERED** that the Motion is granted. Ms. Mooney-Rondon is released on bail pending appeal subject to the conditions previously imposed at ECF No. 9.

**SO ORDERED.**

Date: July 26, 2024

_____
The Honorable Jia M. Cobb
U.S. District Court Judge