UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARYANN MOONEY-RONDON,<br><br>Defendant. | Case No. 23-cr-722-(2) (JMC) |

## ORDER

It is hereby **ORDERED** that the Court's prior order granting Defendant Mooney-Rondon's motion for bail pending appeal, ECF 112, is **STRICKEN**. It is further

**ORDERED** that, although Defendant remains on probation, the special condition of home incarceration is suspended pending the outcome of the Defendant's appeal.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 29, 2024

1