UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 21-CR-722-JMC |
| | : |
| MARYANN MOONEY-RONDON | : |
| | : |
| Defendant. | : |
| | : |

## STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and undersigned counsel, now submit this status report, as requested by the Court on September 13, 2024.

1. On March 27, 2023, following a stipulated bench trial (ECF Nos. 57, 58), the Court found Maryann Mooney-Rondon guilty of Count 1 (18 U.S.C. §§ 1512(c)(2) and 2, obstruction of an official proceeding) and Count 3 (18 U.S.C. § 641, theft of government property) of the Indictment.

2. On November 29, 2023, the Court sentenced Mooney-Rondon on Counts 1 and 3 to 5 years of probation with the first 12 months of probation as home incarceration. Mooney-Rondon was also ordered to pay $3,657.51 in restitution to the Architect of the Capitol and to the office of the Speaker of the House (for emergency escape hoods and a laptop computer, respectively), ordered to pay a fine of $7,500, and ordered to complete 350 hours of community service as a condition of probation.

3. On December 27, 2023, Mooney-Rondon entered notice of appeal of her conviction and sentence (ECF No. 97) and notice of the appeal was transmitted to the U.S. Court of Appeals for the District of Columbia Circuit (ECF No. 98).

4. On July 26, 2024, the Court suspended Mooney-Rondon's special condition of home incarceration and ordered Mooney-Rondon remain on probation pending the outcome of her appeal. ECF No. 113.

5. On August 22, 2024, in light of the U.S. Supreme Court's decision in *Fischer v. United States*, 144 S. Ct. 2176, 2190 (2024), the government and Mooney-Rondon jointly moved for the Court of Appeals to vacate Mooney-Rondon's conviction under 18 U.S.C. § 1512(c)(2) and remand for further proceedings in district court.

6. On September 9, 2024, the Court of Appeals vacated Mooney-Rondon's conviction under 18 U.S.C. § 1512(c)(2) and issued a mandate remanding the case to the Court for further proceedings.

7. The parties have consulted and request that the Court schedule resentencing for Mooney-Rondon during the week of November 18, 2024, with sentencing memorandum to be filed one week prior to resentencing.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:    */s Will N. Widman*
        WILL N. WIDMAN
        Trial Attorney, Detailee
        NC Bar No. 48158
        1301 New York Avenue, NW, 8th Floor
        Washington, D.C. 20530
        (202) 353-8611
        Will.Widman@usdoj.gov